NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIKA GINSBERG-KLEMMT and )
ACHIM GINSBERG-KLEMMT, )
                                        )
            Appellants, )
                                        )
v.                                      )        Case No. 2D18-4889
                                        )
SARASOTA COUNTY, )
                                        )
            Appellee. )
                                        )
_____)

Opinion filed November 8, 2019.

Appeal from the Circuit Court for
Sarasota County; Frederick P.
Mercurio, Judge.

Eric S. Koenig and Marie Tomassi of
Trenam, Kemker, Scharf, Barkin, Frye,
O'Neill & Mullis, P.A., Tampa, for
Appellants.

Stephen E. DeMarsh, County Attorney,
and David M. Pearce, Assistant County
Attorney, Sarasota, for Appellee.


PER CURIAM.

            Affirmed.


BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.